UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 23-951-MWF(MRWx)**                          Date:  September 13, 2023

Title     **Theresa Brooke v. Global Resorts Inc.**

Present:  The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the First Amended Complaint (the "FAC") was filed on June 27, 2023.  (Docket No. 19).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the FAC will expire on September 25, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 26, 2023**.

- ■ BY PLAINTIFF:  Proof of Service of the Summons, FAC, and ADA Disability Access Litigation/Application for Stay and Early Mediation Packet on Defendant.

     AND/OR

- ■ BY DEFENDANT:  Response to the FAC, or an Application for Stay and Early Mediation ("ADA Application").

     OR

- ■ BY PLAINTIFF:  An Application to Clerk to Enter Default if Defendant has not timely responded to the FAC or filed an ADA Application.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 23-951-MWF(MRWx)**                    Date:  September 13, 2023

Title        **Theresa Brooke v. Global Resorts Inc.**

      If the Proof of Service requires Defendant's future Response or ADA Application, and if Defendant does not timely file such a Response or ADA Application, Plaintiff must file an Application to Clerk to Enter Default ("Default Application") **within five calendar days** after that Response or ADA Application due date.  Failure to do so will be deemed abandonment of this action and the Court will immediately dismiss it for lack of prosecution.

      If the Proof of Service reflects that Defendant's time to respond to the FAC or file an ADA Application has already expired, Plaintiff must **concurrently** file a Default Application with the Proof of Service.  Failure to do so will be deemed abandonment of this action and the Court will immediately dismiss it for lack of prosecution.

      No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

      IT IS SO ORDERED.

Initials of Preparer:  RS/sjm