UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 23-951-MWF(MRWx)**                                      Date:  October 04, 2023

Title    **Theresa Brooke v. Hospitality Express II LLC, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

  A review of the docket in this action reflects that Defendant Global Resorts Inc. filed an Answer to the First Amended Complaint (the "Answer") on September 26, 2023.  (Docket No. 24).  On September 27, 2023, the Clerk filed a Notice to Filer of Deficiencies in Electronically Filed Document (the "Notice") because Defendant had not filed a Notice of Interested Parties as required by Local Rule 7-1.1.  (Docket No. 25).  On September 28, 2023, the Court filed an Order in Response to the Notice (the "Order") and ordered Defendant to file the Notice of Interested Parties within five days (October 3, 2023).  (Docket No. 26).

  The Court **ORDERS** Defendant Global Resorts Inc. to show cause why its Answer should not be stricken and default entered against it for failure to comply with this Court's Order.  In response to this Order to Show Cause, the Court will accept the filing of the required Notice of Interested Parties, pursuant to Local Rule 7-1.1, no later than **OCTOBER 10, 2023**.

  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to
///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 23-951-MWF(MRWx)**                                   Date:  October 04, 2023

Title          **Theresa Brooke v. Hospitality Express II LLC, et al.**

timely respond to the Order to Show Cause will result in Defendant's Answer being stricken and default being entered.

    IT IS SO ORDERED.